1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SEONG JAE HAN,

          Plaintiff

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

          Defendant.

Case No. 5:15-cv-00783-GJS

**JUDGMENT**

16

17

18

19

20

   IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

21

22

23

24

25

26

27

28

DATED: February 17, 2016

_____

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE